UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** March 22, 2021   **Time:** 2:18-3:03 pm   **Judge:** Edward J. Davila
**Total Time:** 45 Mins.

**Case No.:** 17-cr-00124-EJD-1   **Case Name:** UNITED STATES v. Jose Tomas-Silva(P)(NC)

**Attorney for Plaintiff:** Maia Perez

**Attorney for Defendant:** Severa Keith

**Deputy Clerk:** Adriana M. Kratzmann   **Court Reporter:** Irene Rodriguez

**Interpreter:** Adele Negro (Spanish) for victim   **Probation Officer:** Karen Mar

**PROCEEDINGS – SENTENCING**
**IN-COURT via AT&T Telephone Conference**

Defendant is present and out of custody. Hearing held.
Defense counsel informed the Court that additional time was necessary to investigate verification of employment of defendant as reference in paragraph 73 of the pre-sentence report.
The Court heard from two of the victims, one utilized the Spanish interpreter.
The Court continued the Sentencing hearing to May 24, 2021 at 1:30 p.m. The Court set a deadline of May 17, 2021 for filing of a supplemental sentencing memorandum only to address Paragraph 73 of the pre-sentence report.

**CASE CONTINUED TO: May 24, 2021 1:30 P.M. for Sentencing hearing.**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original:** Efiled
**CC:**