# EXHIBIT  1

FD-302 (Rev. 5-8-10)

- 1 of 1 -



## FEDERAL BUREAU OF INVESTIGATION

Date of entry ___05/11/2021___

David Scott, executive of Oaktree Funding Corporation, work address ███, California, work telephone number ███████, was interviewed by telephone and email on March 22, 2021. After being informed of the identity of the interviewing agent and the nature of the interview, David Scott voluntarily provided the following information:

David Scott reviewed Oaktree Funding's records associated with the employment of Jose Tomas Silva. Jose Tomas-Silva was paid twice: once on April 15, 2010 ($2,254.62) and once on August 15, 2010 ($2,765.06). During this time Oaktree Funding hired a variety of people to fund mortgage loans, but many of the new hires failed to produce and were fired. Jose Tomas-Silva was let go from his employment with Oaktree Funding after his second paycheck in August 2010.

David Scott also provided the FBI with Jose Tomas-Silva's employment contract and related documents. SA Wynar reviewed these documents and discovered the following information:

Jose Tomas Silva accepted employment as a Loan Officer from Oaktree Funding Corporation on July 5, 2009. On the application Jose Tomas-Silva stated that he worked at Harris Mortgage since December 2006 as a "Loan Processor" and that his supervisor was Marcell Harris.

Investigation on __03/22/2021__ at __Monterey, California, United States (Email, Phone)__

File # __329F-SF-2086986-302__                                          Date drafted __03/22/2021__

by __ROAHN WYNAR__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# EXHIBIT  2

*KURT'S AS AE*

# COMMISSION SCHEDULE

## Virtual Agent

**All Commissions are paid as W-2 Income**

Employee shall earn commissions as follows:


A. LOAN ORIGINATION FEE.....................……   85%
C.  LOAN REBATES (premium pricing)..........   85%
D. *ALL CONVENTIONAL LOANS..............   85%
E. COMMERCIAL LOANS...........................   50%
F. REVERSE MORTGAGE ...............................   60%
G. ANY BROKERED LOAN...............................   70%

* NOTE In addition to standard fee's (processing, underwriting etc.) their
will be a $595.00 transition fee that will be charged to the file.

*ALL SECOND LOANS INCLUDING FHA TITLE1 LOANS ARE
CONSIDERED TO BE CONVENTIONAL LOANS.

Employer and Employee accept the terms of this Agreement.

**Date:** *6 - 5 - 09*

Employee: *Jose L. Tomas-Silva*

OAKTREE FUNDING CORPORATION

BY: _____

Title: _____

# Form W-4 (2007)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2007 expires February 16, 2008. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $850 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on

itemized deductions, certain credits, adjustments to income, or two-earner/multiple job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES. Estimated Tax

for individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners/Multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2007. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

## Personal Allowances Worksheet (Keep for your records.)

A  Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . **A** \_\_\_\_

B  Enter "1" if: 
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

. . . **B** \_\_\_\_

C  Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . . **C** \_\_\_\_

D  Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . . **D** \_\_\_\_

E  Enter "1" if you will file as **head of household** on your tax return (see conditions under **Head of household** above) . **E** \_\_\_\_

F  Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . **F** \_\_\_\_

  (**Note.** Do **not** include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G  **Child Tax Credit** (including additional child tax credit). See Pub 972, Child Tax Credit, for more information.
- If your total income will be less than $57,000 ($85,000 if married), enter "2" for each eligible child.
- If your total income will be between $57,000 and $84,000 ($85,000 and $119,000 if married), enter "1" for each eligible child plus "1" **additional** if you have 4 or more eligible children . . . . . . . . . . . . . . . . . . . . . **G** \_\_\_\_

H  Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ► **H** \_\_\_\_

For accuracy, complete all worksheets that apply. 
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $40,000 ($25,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

- - - - - - - - - - - - - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - - - - - - - - - - - - - - - - -

| Form **W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | **2007** |

| 1  Type or print your first name and middle initial. _Jose._ | Last name _Tomas - Silva_ | 2  Your social security number ▓▓▓▓ |
|---|---|---|

| Home address (number and street or rural route) | 3  ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate. Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. |
|---|---|
| City or town, state, and ZIP code | 4  If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ► ☐ |

| 5  Total number of allowances you are claiming (from line H above **or** from the applicable worksheet on page 2) | 5 | |
| 6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . | 6 | $ |

7  I claim exemption from withholding for 2007, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . ► | 7 |

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** (Form is not valid unless you sign it.) ► _[signature]_    Date ► _6-5-09_

| 8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9  Office code (optional) | 10  Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 2.    Cat. No. 10220Q    Form **W-4** (2007)

Form W-4 (2007)                                                                                                        Page **2**

## Deductions and Adjustments Worksheet

**Note.** Use this worksheet *only* if you plan to itemize deductions, claim certain credits, or claim adjustments to income on your 2007 tax return.

| | | | |
|---|---|---|---|
| **1** | Enter an estimate of your 2007 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 2007, you may have to reduce your itemized deductions if your income is over $156,400 ($78,200 if married filing separately). See *Worksheet 2* in Pub. 919 for details.) . . | **1** | $ |
| **2** | Enter: { $10,700 if married filing jointly or qualifying widow(er) <br> $ 7,850 if head of household <br> $ 5,350 if single or married filing separately } . . . . . . . . . . | **2** | $ |
| **3** | **Subtract** line 2 from line 1. If zero or less, enter "-0-" . . . . . . . . . | **3** | $ |
| **4** | Enter an estimate of your 2007 adjustments to income, including alimony, deductible IRA contributions, and student loan interest | **4** | $ |
| **5** | **Add** lines 3 and 4 and enter the total. (Include any amount for credits from *Worksheet 8* in Pub. 919) . . | **5** | $ |
| **6** | Enter an estimate of your 2007 nonwage income (such as dividends or interest) . . . . . . . | **6** | $ |
| **7** | **Subtract** line 6 from line 5. If zero or less, enter "-0-" . . . . . . . . . | **7** | $ |
| **8** | **Divide** the amount on line 7 by $3,400 and enter the result here. Drop any fraction . . . . . | **8** | _____ |
| **9** | Enter the number from the **Personal Allowances Worksheet,** line H, page 1 . . . . . | **9** | _____ |
| **10** | **Add** lines 8 and 9 and enter the total here. If you plan to use the **Two-Earners/Multiple Jobs Worksheet,** also enter this total on line 1 below. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 | **10** | _____ |

## Two-Earners/Multiple Jobs Worksheet (See *Two earners/multiple jobs* on page 1.)

**Note.** Use this worksheet *only* if the instructions under line H on page 1 direct you here.

| | | | |
|---|---|---|---|
| **1** | Enter the number from line H, page 1 (or from line 10 above if you used the **Deductions and Adjustments Worksheet**) | **1** | _____ |
| **2** | Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here. **However,** if you are married filing jointly and wages from the highest paying job are $50,000 or less, do not enter more than "3." . . . . . . . . . . . . . . . . . . . . . | **2** | _____ |
| **3** | If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. Do not use the rest of this worksheet . . . . . . . | **3** | _____ |

**Note.** If line 1 is *less than* line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4-9 below to calculate the additional withholding amount necessary to avoid a year-end tax bill.

| | | | |
|---|---|---|---|
| **4** | Enter the number from line 2 of this worksheet . . . . . . **4** | _____ | |
| **5** | Enter the number from line 1 of this worksheet . . . . . . **5** | _____ | |
| **6** | **Subtract** line 5 from line 4 . . . . . . . . . . . . | **6** | _____ |
| **7** | Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here . . . | **7** | $ |
| **8** | **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed . | **8** | $ |
| **9** | **Divide** line 8 by the number of pay periods remaining in 2007. For example, divide by 26 if you are paid every two weeks and you complete this form in December 2006. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck . . . . . . | **9** | $ |

| Table 1 | | | | Table 2 | | | |
|---|---|---|---|---|---|---|---|
| **Married Filing Jointly** | | **All Others** | | **Married Filing Jointly** | | **All Others** | |
| If wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **HIGHEST** paying job are— | Enter on line 7 above | If wages from **HIGHEST** paying job are— | Enter on line 7 above |
| $0 - $4,500 | 0 | $0 - $6,000 | 0 | $0 - $65,000 | $510 | $0 - $35,000 | $510 |
| 4,501 - 9,000 | 1 | 6,001 - 12,000 | 1 | 65,001 - 120,000 | 850 | 35,001 - 80,000 | 850 |
| 9,001 - 18,000 | 2 | 12,001 - 19,000 | 2 | 120,001 - 170,000 | 950 | 80,001 - 150,000 | 950 |
| 18,001 - 22,000 | 3 | 19,001 - 26,000 | 3 | 170,001 - 300,000 | 1,120 | 150,001 - 340,000 | 1,120 |
| 22,001 - 26,000 | 4 | 26,001 - 35,000 | 4 | 300,001 and over | 1,190 | 340,001 and over | 1,190 |
| 26,001 - 32,000 | 5 | 35,001 - 50,000 | 5 | | | | |
| 32,001 - 38,000 | 6 | 50,001 - 65,000 | 6 | | | | |
| 38,001 - 46,000 | 7 | 65,001 - 80,000 | 7 | | | | |
| 46,001 - 55,000 | 8 | 80,001 - 90,000 | 8 | | | | |
| 55,001 - 60,000 | 9 | 90,001 - 120,000 | 9 | | | | |
| 60,001 - 65,000 | 10 | 120,001 and over | 10 | | | | |
| 65,001 - 75,000 | 11 | | | | | | |
| 75,001 - 95,000 | 12 | | | | | | |
| 95,001 - 105,000 | 13 | | | | | | |
| 105,001 - 120,000 | 14 | | | | | | |
| 120,001 and over | 15 | | | | | | |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may also subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, to cities, states, and the District of Columbia for use in administering their tax laws, and using it in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

## Information for your business cards

**1. Type your name as you want it to appear for item #1**

Jose L. Tomas

Please type

**2. Type the phone number you want to use**

█████████████

Please Type

### Sample Card

(not actual Size)



Ship to: ██████████████████

City ████████

State _C A_____   Zip ‘████████

## Please Fax back
## to
## 909-982-9614

Your first order of business cards are provided at no cost

## APPLICATION FOR LOAN OFFICER POSITION
## OAKTREE FUNDING CORPORATION

Our policy is to provide equal employment opportunity to all qualified persons without regard to race, creed, color, religious belief, sex, age, national origin, ancestry, physical or mental handicap, or veteran status.

Name:  Last _Tomas_  First _Jose_  Middle _Luis_  Date _6-5-09_

Date of Birth   Month ▮▮▮  Day ▮▮  Year ▮▮▮

Street Address _▮▮▮▮▮▮▮▮▮_

City _▮▮▮▮_   State _CA_   Zip _▮▮▮▮_

Telephone ▮▮▮▮▮   Social Security # _▮▮▮▮▮_

E-Mail Address_▮▮▮▮▮_  Fax # ▮▮▮▮▮

Position applied for:  LOAN OFFICER_____

How did you hear of this opening? ___A. E_____

When can you start? ___Now____  Desired Wage $ COMMISSION

Are you a U.S. citizen or otherwise authorized to work in the U.S. on an unrestricted basis?
    [X] Yes        [ ] No

If no, what hours are you available? _____

Have you ever been convicted of a felony?    [ ] Yes      [X] No

If yes, please describe conditions: _____

_____

Employment History: (Start with most recent employer.)

Company name _Harris Mortgage & Sales Inc._

Address _422- Salinas  CA 93901_ Telephone(_831_) _769-9400_

Date Started _12-3-06_ Starting Wage _Comission_  Starting Position _Loan Processor_

Date Ended _____  Ending Wage_Comission_  Ending Position _____

Name of Supervisor _Marcell Harris_ May we contact?   [X] Yes   [ ] No

Responsibilities ___Loan Proccessing___

Reason for leaving ___Better Opportunitie___

Company name _____

Address _____   Telephone _____

Date Started _____   Starting Wage _____   Starting Position _____

Date Ended _____   Ending Wage _____   Ending Position _____

Name of Supervisor _____   May we contact?   [ ] Yes   [ ] No

Responsibilities _____

Reason for leaving _____
Attach Additional information if necessary.

I certify that the facts set forth in this application for employment are true and complete to the best of my knowledge. I understand that if I am employed, false statements on this application shall be considered sufficient cause for dismissal. This company is hereby authorized to make any investigations of my prior educational and employment history. I understand that employment at this company is "at will," which means that either I or this company can terminate the employment relationship at any time, with or without prior notice, and for any reason not prohibited by statute. All employment will continue on that basis. I understand that no supervisor, manager, or executive of this company, other than the president has the authority to alter the foregoing.

Signature _____   Date ___6-5-09___

## EMPLOYMENT CONTRACT

## OAKTREE FUNDING CORPORATION

EMPLOYMENT AGREEMENT, effective this _6-05th_ day of _June_ , 20_05_, by and between Oaktree Funding Corporation (hereinafter referred to as the "Company"), a corporation organized and existing under the laws of the State of California, with its principal place of business located at 312 N. Mountain Ave., Upland, Ca , and _Sase L. Tomas_ (hereinafter referred to as the "Employee"), an individual, with his or her principal residence located at ██████████████████████████

WITNESSETH:

DEFINITIONS: Employee shall mean "Loan Officer"

WHEREAS, the Company is in the business of Home Loans and Equity Loans and

WHEREAS, the operation by the Company of its business requires disclosure of confidential information to its employees; and

WHEREAS, such confidential information provided to the Employee by the Company, if improperly used by the Employee for his or her own purpose rather than on behalf of the Company, can result in irreparable harm to the Company, which harm, because of the nature of the industry, is not susceptible to precise proof; and

WHEREAS, the training of the Employee by the Company, the skills obtained by the Employee and the disclosure to the Employee of such aforesaid confidential information makes such Employee valuable to competitors of the Company; and

WHEREAS, the Employee is desirous of entering into the employment of the Company and is aware of the foregoing consideration and understands the reasons for the terms and conditions of his or her employment as set forth below.

NOW, THEREFORE, in consideration of the premises and mutual covenants and promises set forth herein, and intending to be legally bound hereby, the parties agree as follows:

ARTICLE I: PURPOSES. The Company hereby employs the Employee and the Employee accepts employment from the Company as a salesperson and/or such other duties as the Company may, from time to time, determine.

The Company hereby engages the Employee for the primary purpose of soliciting Home Loans and Home Equity Loans sales in the territory or territories to be determined by the Company at the Company's sole discretion.

ARTICLE II: DUTIES. The Employee accepts such employment as a salesperson and agrees to devote his or her full-time and best efforts to soliciting sales in the territory or territories to be determined by the Company.

The Employee shall solicit Home Loans sales for the exclusive benefit of the Company and perform such other duties as may be assigned to him or her by the Company. The Employee agrees that during the term of this agreement, he or she will have no other employment except as may be specifically authorized in writing by the Company. The Employee shall not serve as an adviser, agent, consultant, independent contractor or in any other capacity with respect to any trade or business, proprietorship, partnership, corporation or other entity, person or firm that directly sells or services Home Loans  or any type of product or service that competes, conflicts or interferes with the performance of his or her duties, unless he or she has first received written consent of the Company, which consent shall be revocable at the will of the Company.

The Employee shall present the Company's line of Loan Products  to prospective clients and will offer such at prices furnished by the Company, on the terms and conditions established by the Company and in the territories established by the Company.

The Employee shall not at any time enter into any contract with any person, firm or corporation that shall purport to bind the Company in any manner whatsoever without written authority from the Company and any such contract entered into by such Employee shall not be binding upon the Company. The Company specifically reserves the right to reject any contract or to cancel any contract or part thereof even after acceptance, for credit reasons or for any other reason whatsoever that the Company may deem appropriate.

ARTICLE III: TERMS . The Company hereby employs the Employee, and the Employee hereby accepts employment for a term of One ( 1 ) year(s) from the date hereof unless terminated by either party by written notice sent by certified mail at least 30 ( 30 ) days in advance of such termination. Such notice of termination shall not prejudice either party as to any remedies under the provisions of this agreement. If the agreement is not terminated by either party during the initial term hereof, the Employee's employment shall continue thereafter under the terms and conditions hereof for a period of one year, and so on from year to year, until either party terminates this agreement.

ARTICLE IV: COMPENSATION. As compensation for all of the services to be rendered by the Employee pursuant to the terms and conditions set forth herein, and such other duties as the Company may from time to time determine necessary, the Employee shall receive a commission in an amount to be determined pursuant to the Schedule(s) of Commissions to be published periodically by the Company.

In the event that a commission is paid to the Employee pursuant to the terms of this ARTICLE IV, and the Company, for whatever reason whatsoever, is thereafter obligated to return the payments upon which the commission is determined, the Employee shall, upon thirty (30) days written notice, repay to the Company such compensation as he or she has received based on the amounts so returned or returnable. Compensation payable pursuant to this ARTICLE IV shall be paid not less frequently than monthly and may be offset by any amounts owed to the Company.

In the event the Company shall determine, in its sole discretion, that compensation based on the Schedule of Commissions shall change, the Company shall provide written notice to the Employee at least thirty (30) days prior to the said change. The Company agrees that it shall not change the commission schedule unless the said changes are made for all sales employees of the Company.

Any amounts paid and any benefits provided to the Employee pursuant to this agreement that are deemed to be compensation under the Internal Revenue Code shall be subject to the applicable income tax withholding for federal, state and local income taxes. In addition, the Company shall deduct from the compensation paid to the Employee such other deductions as authorized by the Employee or by a court of competent jurisdiction.

ARTICLE V: OTHER BENEFITS AND EXPENSES. There are no benefits currently being offered by the company.

ARTICLE VI: PRICES AND SERVICE. The Employee shall sell the Company's Loan Products at the price and under the terms and conditions established by the Company. Said prices, terms and conditions may, from time to time, be changed and/or modified by the Company at its sole discretion. The Employee shall not at any time enter into any contract with any person, firm or corporation that shall purport to bind the Company in any manner whatsoever without written authority from the Company and any such contract entered into by such Employee shall not be binding upon the Company. The Company specifically reserves the right to reject any application or contract or to cancel any application or contract or part thereof even after acceptance, for credit reasons or for any other reason whatsoever that the Company deems appropriate.

ARTICLE VII: TERMINATION. In the event of the death of the Employee, the Company shall pay to the representative of the Employee's estate all funds due to the Employee as of the date of death. In the event that the Employee becomes disabled because of physical or mental disability as to be unable to perform the services required by this agreement and such disability continues for Sixty ( 60 ) days, the Company may, at or after the expiration of such Sixty ( 60 )-day period and provided that the Employee's incapacity is then continuing, terminate the Employee's employment under this agreement. It is expressly understood that the inability of the Employee to render services to the Company by reason of illness, disability or incapacity or any cause beyond his or her control shall not constitute a failure by the Employee to perform his or her obligations hereunder and shall not be considered a breach or default under this agreement.

In the event that the Employee violates any of the provisions of this agreement, performs any act, or does anything by which the Company shall incur liability, then, at the option of the Company, this contract shall at once cease and the Company shall be under no obligation to the Employee, except to pay the Employee for services performed up to the date of termination of this agreement as herein provided.

In the event that the Employee violates any of the provisions of this agreement or fails to perform the services required of the Employee by this agreement, then at the option of the Company, this agreement shall at once cease and become null and void and the Company shall be under no obligation to said Employee, except to

pay the Employee such compensation as he or she may be entitled to receive up to the time of such termination.

In the event that the Employee becomes insolvent and is unable to pay his or her debts in full, files a petition in bankruptcy, or is adjudicated a bankrupt, this agreement shall at once cease and become null and void, and the Company shall be under no obligation to the Employee, except to pay the Employee such compensation as he or she may be entitled to receive up to the time of such termination.

In the event that the Employee should be arrested, be the subject of an indictment, or charged with any crime or unlawful act involving an allegation or charge of a breach of moral turpitude or the sale or use of a prohibited drug or controlled substance, this contract shall at once cease and become null and void, and the Company shall be under no obligation to the Employee, except to pay the Employee such compensation as he or she may be entitled to receive up to the time of such termination.

In the event that the Employee should be found to have taken, used, or converted any property belonging to the Company, the Employee shall be immediately discharged and this contract shall, at once, cease and become null and void, and the Company shall be under no obligation to the Employee, except to pay the Employee such compensation as he or she may be entitled to receive up to the time of such termination.

Any payments due the Employee pursuant to termination shall be paid to the Employee as soon as the Company can determine the true and correct amount for all payments due the Employee.  In the event that said termination is due to the misconduct of the Employee, pertaining to any of the terms hereunder, the Company shall have the right to withhold all money due the Employee, and shall apply said funds as an offset against any money due the Company by the Employee as a result of the Employee's misconduct. In any event, the Employee shall be entitled to an accounting, in writing, of the funds so withheld.

ARTICLE VIII: CONFIDENTIAL INFORMATION. "Confidential Information" shall be defined for the purpose of this agreement as information (1) disclosed to the Employee or known or gathered by the Employee as a consequence of or through his or her employment by the Company and (2) not generally known to the industry in which the Company is or may become engaged about the Company's products, administrative services or methods of doing business, including, but not limited to, information relating to

trade secrets, marketing techniques and programs, dates, figures, projections, costs, methods of operation, identity of plans or administrative services, estimates, customer lists, customer history, personnel history, financial statements, accounting procedures and selling techniques.

That the Employee will not during his or her employment or after termination thereof, irrespective of the time, manner or cause of the termination of said employment, directly or indirectly disclose to any person, firm or corporation any of the above Confidential Information that he or she shall have acquired during his or her term of employment.

The Employee agrees that he or she will not, during his or her employment by the Company, or at any time thereafter, interfere with or disrupt, or attempt to interfere with or disrupt, any business relationship, contractual or otherwise, between the Company and any other party, including clients or prospective clients, suppliers, agents, or the employees of the Company.

The Employee acknowledges that all documents, words, files, customer lists, information and data in his or her possession or custody, whether gathered by the Employee or any other person, and whether or not reduced to writing, an electronic or magnetic medium, relating to the business activities of the Company are and shall remain the sole and exclusive property of the Company and/or the Company's customers.

That upon the termination of said employment, irrespective of the time, manner or cause of said termination, the Employee will surrender to the Company all information written or otherwise in connection with the Company's customers or business as well as other property of the Company.

ARTICLE IX: NONCOMPETITION PROVISION. In further consideration of employment, the Employee shall not engage in a business in any manner similar to, or in competition with, the Company's or the Company's affiliated businesses during the term of his or her employment. Furthermore, the Employee shall not engage in a business in any manner similar to or in competition with the Company's business for a period of _N/A_____ ( ___ ) years from the date of termination of his or her employment with the Company in the geographical area within a ___N/A_____ ( ____ ) mile radius of any present or future office opened by the Company during the term of employment and the geographical area within a __N/A_____ ( ____ ) mile radius of the Employee's home address.

The Employee shall not request any customers of any business then being conducted or contemplated by the Company, or its affiliates, to curtail or cancel their business with the Company or its affiliates.

The Employee shall not disclose to any person, firm, or corporation, any trade, technical or technological secrets, any details of organizations or business affairs, any names of past or present customers of the Company or its affiliates or any other information relating to the business or businesses or their affiliates.

The Employee shall not solicit, canvass, or accept any business or transaction for any other person, firm, or corporation or business similar to any business of the Company or its affiliates.

The Employee shall not induce, or attempt to influence, any employee of the business or its affiliates to terminate employment with the business or its affiliates, or to enter into any employment or other business relationship with any other person (including the Employee), firm or corporation.

The Employee shall not act or conduct himself or herself in any manner that he or she shall have reason to believe is inimical or contrary to the best interests of the Company or its affiliates.

The Employee shall not perform any act in violation hereof through any other person or entity or through any plan, scheme, or design calculated to circumvent the requirements hereof.

The Employee acknowledges and agrees that the above restriction is reasonable as to duration and geography, that it is fully enforceable. Furthermore said Employee waives any objection thereto, and covenants not to institute any suit or proceeding, or otherwise advance any position or contention to the contrary.

The Employee recognizes that immediate and irreparable damage will result to the Company if the Employee breaches any of the terms and conditions of this article. Accordingly, the Employee hereby consents to the entry of temporary, preliminary, and permanent injunctive relief by any court of competent jurisdiction against him or her to restrain any such breach, in addition to any other remedies or claims for money damages that the Company may seek. The Employee further agrees to render an equitable accounting of all earnings, profits and other benefits arising from such violations, and to pay all costs and counsel fees incurred by the

Company in enforcing this agreement, whose rights shall be cumulative.  The Employee represents and warrants to the Company that his or her experience and capabilities are such that he or she can obtain employment in a business without breaching the terms and conditions of this article, and that his or her obligations under the provisions of this article (and the enforcement thereof by injunction or otherwise) will not prevent him or her from earning a livelihood.

This covenant on the part of the Employee shall be construed as independent of any other provisions of this agreement, and the existence of any claim or cause of action by the Employee against the Company, whether predicated on this agreement or otherwise, shall not constitute a defense to the enforcement by the Company of this covenant.

In the event that the Employee is in breach of any of the provisions of this Article IX, the period of proscription from doing the act or acts that constitute a breach of this Article IX shall be extended for a period of two (2) years from the date that the Employee ceased, whether voluntarily or by court order, to engage in or do said actions.

The Employee recognizes and agrees that the Company does not have a remedy at law adequate to protect the Company's rights and interests as set forth in this article, and the Employee therefore agrees that the Company shall have the right to an injunction enjoining the Employee from violating the provisions of this article. Nothing herein contained shall be construed as prohibiting the Company from pursuing any other remedies available to the Company for such breach or threatened breach, including the recovery of damages from the Employee.

If any action at law or equity is necessary to enforce or interpret the terms of this agreement, the Employee agrees to pay the Company reasonable attorney fees, costs, and necessary disbursements, in addition to any other relief and/or damages to which the Company may be entitled.

In the event that a court of competent jurisdiction determines that this restrictive covenant and covenant not to compete is unenforceable in whole or in part for any reason, including, without limitation, the duration, scope and remedies set forth above, then same shall not be void, but rather shall be enforced to the extent that same is deemed to be enforceable by said court, as if originally executed in that form by the parties hereto.

ARTICLE X: MISCELLANEOUS. Service of all notice under this agreement shall be sufficient if made by registered mail to the specific party involved herein at his or her respective address hereinafter set forth or as such party may provide from time to time in writing:

For the Company: Oaktree Funding Corporation, 312 N. Mountain Ave., Upland, CA 91786

For the Employee:

This agreement constitutes the entire agreement between the parties hereto and supersedes all prior negotiations, understandings, and agreements, whether oral or written, of any nature whatsoever, with respect to the term of employment that is the subject matter hereof, and there are no representations, warranties, understandings or agreements other than those expressly set forth herein between the Company and the Employee. This agreement cannot be changed, modified, or terminated unless, if in writing, and signed by the parties hereto. The validity, interpretation, construction and enforcement of this agreement shall be governed by the laws of the State of California.

The Company shall have the right, but not the obligation, to assign this agreement and the Company's rights hereunder in whole, but not in part, to any corporation or other entity with which the Company may merge or consolidate, or to which the Company may transfer all, or substantially all, of its assets provided such corporation or other entity assumes all of the Company's obligations hereunder.

The Employee understands and acknowledges that his or her employment contract is a contract for the personal services of the Employee and cannot be assigned.

This contract is for the personal services of the Employee and shall cease and desist and be considered null and void upon the termination of the contract under any of the provisions hereto.

The invalidity or unenforceability of any particular provision of this agreement shall not affect the other provisions hereto and the agreement shall be construed in all respects as though such invalid or unenforceable provision were omitted.

Any legal action undertaken by the Employee pursuant to any of the terms or conditions or the interpretation hereof shall be commenced within six (6) months of said termination. The Employee agrees hereby that after a term of six (6) months has expired, no legal action against the Company may be brought in any court regarding any term or condition of this agreement.

IN WITNESS WHEREOF, the parties hereto acknowledge, understand and agree to this Employment Agreement. The parties understand and intend to be bound by all of the clauses contained in this document and further certify that they have received signed copies of this agreement.

Employee: _Jose L. Tomas_

Company: _Oak Tree Funding._

## SPECIAL ADDENDUM TO BROKER/AGENT AGREEMENT

### FRAUD- ZERO TOLERANCE

The submission of a loan Application containing false and/or misleading information is a crime! Oaktree Funding Corporation will not tolerate fraud by the Broker/Agent / Employee or the Applicant. In all cases where false and/or misleading information is found, the Loan submission package with all original documents, including appraisal, may be permanently retained by Oaktree Funding Corporation as evidence and the following consequences may prevail:

CONSEQUENCES TO BROKER/AGENT

* Criminal prosecution
* Loss of Real Estate License
* Loss of lender access due to exchange of information between lenders and other industry participants
* Civil action by the lender
* Civil action by he applicant/borrower or other parties to the transaction
* Loss of approval status

CONSEQUENCES TO APPLICANT

* Acceleration of debt relating to the covenant in the Deed of Trust which states: Borrower shall also be in default if Borrower, during the Loan application process, gave materially false or inaccurate information or statements to lender (or failed to provide lender with any material information) in connection with the Loan evidenced by the Note, including, but not limited to, representations concerning Borrower's occupancy or the property as a principal residence. "Foreclosure under the Deed of Trust does not require the Borrower to be in "payment default". Therefore, if the Borrower breaches this covenant the Borrower will not have the benefit of the right of reinstatement. In order to cure the default, the Borrower will be required to pay off the Loan in full prior to the sale of the property.

* Criminal prosecution
* Civil action by the lender and/or the Broker
* Civil action by other parties to the transaction
* Employment termination
* Loss of professional license, if any
* Adverse effect on credit history

ACKNOWLEDGMENT AND UNDERSTANDING

Broker/Agent/Employee: _____        Date: _6 - 05-09_

# Form W-4 (2007)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2007 expires February 16, 2008. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $850 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on

itemized deductions, certain credits, adjustments to income, or two-earner/multiple job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax

for individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners/Multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2007. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

## Personal Allowances Worksheet (Keep for your records.)

**A** Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . .   **A** ____

**B** Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

**B** ____

**C** Enter "1" for your **spouse.** But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . .   **C** ____

**D** Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . .   **D** ____

**E** Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) .   **E** ____

**F** Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . .   **F** ____

(**Note.** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

**G** **Child Tax Credit** (including additional child tax credit). See Pub 972, Child Tax Credit, for more information.
- If your total income will be less than $57,000 ($85,000 if married), enter "2" for each eligible child.
- If your total income will be between $57,000 and $84,000 ($85,000 and $119,000 if married), enter "1" for each eligible child plus "1" **additional** if you have 4 or more eligible children.

**G** ____

**H** Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶   **H** ____

| For accuracy, complete all worksheets that apply. | • If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.<br>• If you have **more than one job or are married and you and your spouse both work** and the combined earnings from all jobs exceed $40,000 ($25,000 if married) see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.<br>• If **neither of the above situations applies, stop here** and enter the number from line H on line 5 of Form W-4 below. |
|---|---|

............... Cut here and give Form W-4 to your employer. Keep the top part for your records. ...............

**Form W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2007**

**1** Type or print your first name and middle initial.  Jose L.  Last name  Tomas-Silva

**2** Your social security number

**3** ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

Home address (number and street or rural route)

City or town, state, and ZIP code

**4** If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

**5** Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2)   **5** ____

**6** Additional amount, if any, you want withheld from each paycheck . . . . . . . . . .   **6** $ ____

**7** I claim exemption from withholding for 2007, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability **and**
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . . . . . ▶   **7** ____

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature**
(Form is not valid unless you sign it.) ▶

Date ▶ 6-05-09

**8** Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)

**9** Office code (optional)

**10** Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 10220Q   Form **W-4** (2007)

Form W-4 (2007)                                                                                      Page **2**

## Deductions and Adjustments Worksheet

**Note.** Use this worksheet *only* if you plan to itemize deductions, claim certain credits, or claim adjustments to income on your 2007 tax return.

| | | | |
|---|---|---|---|
| 1 | Enter an estimate of your 2007 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes, medical expenses in excess of 7.5% of your income, and miscellaneous deductions. (For 2007, you may have to reduce your itemized deductions if your income is over $156,400 ($78,200 if married filing separately). See *Worksheet 2* in Pub. 919 for details.) | 1 | $ |
| 2 | Enter: { $10,700 if married filing jointly or qualifying widow(er) / $ 7,850 if head of household / $ 5,350 if single or married filing separately } | 2 | $ |
| 3 | Subtract line 2 from line 1. If zero or less, enter "-0-" | 3 | $ |
| 4 | Enter an estimate of your 2007 adjustments to income, including alimony, deductible IRA contributions, and student loan interest | 4 | $ |
| 5 | Add lines 3 and 4 and enter the total. (Include any amount for credits from *Worksheet 8* in Pub. 919) | 5 | $ |
| 6 | Enter an estimate of your 2007 nonwage income (such as dividends or interest) | 6 | $ |
| 7 | Subtract line 6 from line 5. If zero or less, enter "-0-" | 7 | $ |
| 8 | Divide the amount on line 7 by $3,400 and enter the result here. Drop any fraction | 8 | |
| 9 | Enter the number from the **Personal Allowances Worksheet,** line H, page 1 | 9 | |
| 10 | Add lines 8 and 9 and enter the total here. If you plan to use the **Two-Earners/Multiple Jobs Worksheet,** also enter this total on line 1 below. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 | 10 | |

## Two-Earners/Multiple Jobs Worksheet (See *Two earners/multiple jobs* on page 1.)

**Note.** Use this worksheet *only* if the instructions under line H on page 1 direct you here.

| | | | |
|---|---|---|---|
| 1 | Enter the number from line H, page 1 (or from line 10 above if you used the **Deductions and Adjustments Worksheet**) | 1 | |
| 2 | Find the number in Table 1 below that applies to the LOWEST paying job and enter it here. **However,** if you are married filing jointly and wages from the highest paying job are $50,000 or less, do not enter more than "3." | 2 | |
| 3 | If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet | 3 | |

**Note.** If line 1 is *less than* line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4–9 below to calculate the additional withholding amount necessary to avoid a year-end tax bill.

| | | | |
|---|---|---|---|
| 4 | Enter the number from line 2 of this worksheet | 4 | |
| 5 | Enter the number from line 1 of this worksheet | 5 | |
| 6 | Subtract line 5 from line 4 | 6 | |
| 7 | Find the amount in Table 2 below that applies to the HIGHEST paying job and enter it here | 7 | $ |
| 8 | Multiply line 7 by line 6 and enter the result here. This is the additional annual withholding needed | 8 | $ |
| 9 | Divide line 8 by the number of pay periods remaining in 2007. For example, divide by 26 if you are paid every two weeks and you complete this form in December 2006. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck | 9 | $ |

| Table 1 | | | | | Table 2 | | | |
|---|---|---|---|---|---|---|---|---|
| **Married Filing Jointly** | | **All Others** | | | **Married Filing Jointly** | | **All Others** | |
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | | If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 - $4,500 | 0 | $0 - $6,000 | 0 | | $0 - $65,000 | $510 | $0 - $35,000 | $510 |
| 4,501 - 9,000 | 1 | 6,001 - 12,000 | 1 | | 65,001 - 120,000 | 850 | 35,001 - 80,000 | 850 |
| 9,001 - 18,000 | 2 | 12,001 - 19,000 | 2 | | 120,001 - 170,000 | 950 | 80,001 - 150,000 | 950 |
| 18,001 - 22,000 | 3 | 19,001 - 26,000 | 3 | | 170,001 - 300,000 | 1,120 | 150,001 - 340,000 | 1,120 |
| 22,001 - 26,000 | 4 | 26,001 - 35,000 | 4 | | 300,001 and over | 1,190 | 340,001 and over | 1,190 |
| 26,001 - 32,000 | 5 | 35,001 - 50,000 | 5 | | | | | |
| 32,001 - 38,000 | 6 | 50,001 - 65,000 | 6 | | | | | |
| 38,001 - 46,000 | 7 | 65,001 - 80,000 | 7 | | | | | |
| 46,001 - 55,000 | 8 | 80,001 - 90,000 | 8 | | | | | |
| 55,001 - 60,000 | 9 | 90,001 - 120,000 | 9 | | | | | |
| 60,001 - 65,000 | 10 | 120,001 and over | 10 | | | | | |
| 65,001 - 75,000 | 11 | | | | | | | |
| 75,001 - 95,000 | 12 | | | | | | | |
| 95,001 - 105,000 | 13 | | | | | | | |
| 105,001 - 120,000 | 14 | | | | | | | |
| 120,001 and over | 15 | | | | | | | |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires this information under sections 3402(f)(2)(A) and 6109 and their regulations. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may also subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, to cities, states, and the District of Columbia for use in administering their tax laws, and to the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

# EXHIBIT  3

FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/11/2021

Marcell Harris, previously interviewed, was interviewed by telephone on April 21, 2021. Before the interview SA Wynar sent Marcell Harris a copy of Jose Tomas-SIlva's employment contract/package with Oaktree Funding. Marcell Harris reviewed the package before the interview and provided the following information:

The Oaktree Funding Employment package appeared similar to the package that Marcell Harris saw in the possession of Jose Tomas-Silva before Jose Tomas-Silva left Harris Mortgage. However, it was impossible to determine if it was the same set of documents. The dates on the documents indicated that Jose Tomas-Silva stopped working for Harris Mortgage before the end of 2009. Because this was so long ago, Harris Mortgage does not have any records relating to Jose Tomas-Silva's employment. However, Jose Tomas-Silva did not work for Harris Mortgage during the same period he worked for Oaktree Funding Corporation.

---

Investigation on   03/22/2021   at   Monterey, California, United States (Email, Phone)

File #   329F-SF-2086986-302                                    Date drafted   05/10/2021

by   ROAHN WYNAR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.